

FILED
MAY 3 0 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

KARL KNOCKER

CASE NO. 8:23-cr-180-MSS-AEP

26 U.S.C. § 7203

## INFORMATION

The United States Attorney charges:

### COUNTS ONE THROUGH THREE

#### A. Introduction

At all times material to this Information:

1. The Boatyard Waterfront Bar and Grill ("Boatyard") was a restaurant in Sarasota, Florida, in the Middle District of Florida. Defendant KARL KNOCKER and Madeline Nikolson co-owned that business as equal partners.

2. Defendant KARL KNOCKER resided in the Middle District of Florida and earned an income from that business. He also provided information to a tax preparer leading to the preparation of business and personal tax returns relating to the operation of the Boatyard from his location in the Middle District of Florida.

3. Along with Madeline Nikolson, defendant KARL KNOCKER operated and maintained a MICROS Point of Sale ("POS") system at the Boatyard to record sales made there and to record the income from the sale of food and beverages and other services there.

4.     Defendant KARL KNOCKER and Madeline Nikolson caused the voiding or backing out of selected sales and amounts of income from that POS record, and they instructed other Boatyard management-level employees to void or back out selected cash sales at the Boatyard from the POS system, thereby reducing significantly the record of income which they earned from the operation of that business.

5.     Defendant KARL KNOCKER and Madeline Nikolson maintained a separate record under their secure control which reflected the exact dates and amounts of sales income that were voided from the POS system at the Boatyard.

6.     Defendant KARL KNOCKER and Madeline Nikolson reported only the record of income from the POS system, which had been reduced by the voided entries, to the individual responsible for the preparation of the Boatyard's Forms 1120S. In so doing, they reduced significantly the total amount of reported income of the Boatyard.

7.     Defendant KARL KNOCKER and Madeline Nikolson reported only the record of income from the POS system, which had been reduced by the voided entries, to the individuals responsible for the preparation of their own personal United States Individual Income Tax Form 1040 tax returns. In so doing, they reduced significantly the total amount of reported income of the Boatyard and, thereby, the total amount of reported income of both defendant KARL KNOCKER and Madeline Nikolson on their respective personal income tax returns.

8.   Defendant KARL KNOCKER was required to keep records of all income from the Boatyard, report that information to the Internal Revenue Service, and pay the required taxes on it.

### B.   The Charges

### COUNT ONE

9.   By reason of the above-described receipts of income from the Boatyard, in the Middle District of Florida, the defendant, KARL KNOCKER, was required by law to make, to the Internal Revenue Service at Kansas City, Missouri, on or before October 15, 2017, a return on a United States Individual Income Tax Return Form 1040 setting forth information as to the receipt of said income during calendar year 2016. Well knowing all of the foregoing, defendant KARK KNOCKER did willfully fail, on or about November 8, 2017, to supply such information to the Internal Revenue Service as required by law and regulation.

All in violation of 26 U.S.C. § 7203.

### COUNT TWO

10.   By reason of the above-described receipts of income from the Boatyard, in the Middle District of Florida, the defendant, KARL KNOCKER, was required by law to make, to the Internal Revenue Service at Kansas City, Missouri, on or before October 15, 2018, a return on a United States Individual Income Tax Return Form 1040 setting forth information as to the receipt of said income during calendar year 2017. Well knowing all of the foregoing, defendant KARK KNOCKER did

willfully fail, on or about October 24, 2018, to supply such information to the Internal Revenue Service as required by law and regulation.

All in violation of 26 U.S.C. § 7203.

## COUNT THREE

11.   By reason of the above-described receipts of income from the Boatyard, in the Middle District of Florida, the defendant, KARL KNOCKER, was required by law to make, to the Internal Revenue Service at Kansas City, Missouri, on or before October 15, 2019, a return on a United States Individual Income Tax Return Form 1040 setting forth information as to the receipt of said income during calendar year 2018. Well knowing all of the foregoing, defendant KARK KNOCKER did willfully fail, on or about November 4, 2019, to supply such information to the Internal Revenue Service as required by law and regulation.

All in violation of 26 U.S.C. § 7203.

ROGER B. HANDBERG
United States Attorney

By: _____
Jay L. Hoffer
Assistant United States Attorney

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section